Wawa Dairy Farms, Inc., *v.* Kline et al.,
Appellant.

Argued October 13, 1939.

Before KELLER, P. J., CUN-
NINGHAM, BALDRIGE, STADTFELD, PARKER and RHODES,
JJ.

*Raymond A. White, Jr.,* for appellant.

*Francis X. McClanaghan,* for appellee.

OPINION BY STADTFELD, J., November 22, 1939:

This appeal is governed by the opinion in Benson
Gardner versus the same defendants, which is filed
herewith.

For the reasons given in said opinion, the assign-
ments of error are overruled and judgment affirmed.